■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR SHERIFF, Appellant. (Appeal No. 2.) [652 NYS2d 562] —Judgment unanimously affirmed. Same Memorandum as in People v Sheriff (234 AD2d 894 [decided herewith]). (Appeal from Judgment of Monroe County Court, Smith, J.—Criminal Possession Weapon, 3rd Degree.) Present—Denman, P. J., Lawton, Fallon, Wesley and Balio, JJ.